UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:14-23908-CIV-SEITZ

JEFFREY MASON,

        Plaintiff,

v.

THE CITY OF MIAMI GARDENS, FLORIDA,

        Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Report and Recommendation [DE-70] of the Magistrate Judge, in which he recommends granting in part Defendant's Motion to Tax Costs [DE-66]. The Magistrate Judge recommends that costs in the amount of $3,989.90 be awarded to Defendant. Neither side has filed objections to the Report and Recommendation. Having reviewed, *de novo*, the Report and Recommendation and the record, it is

ORDERED that:

1) The above-mentioned Report and Recommendation [DE-70] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order; and

2) Defendant's Motion to Tax Costs [DE-66] is GRANTED in part. Defendant is awarded costs in the amount of $3,989.90,

DONE and ORDERED in Miami, Florida, this 24th day of January, 2017.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record